UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| - v. - | **ORDER** |
| YOHELY MELENDEZ, | 23 Cr. 617 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

The conference previously scheduled for January 26, 2024, is adjourned to **February 28, 2024, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the Defendant, by and through his counsel, Clay Kaminsky (Dkt. No. 11), and with the consent of the United States of America, by and through Assistant United States Attorney Madison Smyser, it is further ordered that the time between January 26, 2024 and February 28, 2024 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and Defendant in a speedy trial, because it will allow the Defendant additional time to review the Government's discovery and determine whether to file pre-trial motions.

Dated: New York, New York
       January 23, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge