# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 20, 2024

**BY ECF AND FAX**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Yohely Melendez,**
       **23 Cr. 617 (PGG)**

Dear Judge Gardephe:

I write to request that the Court modify Mr. Melendez's bail conditions to remove the conditions requiring a curfew and location monitoring. I make this request both in light of Mr. Melendez's record of compliance with supervision and also because he has been offered a new position that work where he would be working overnight shifts and 6:00 a.m. shifts.

Pretrial Services consents to this request. The government defers to Pretrial Services.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Madison Smyser
      USPSOs Ashley Cosme and Marlon Ovalles (by email)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: March 20, 2024