# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 9, 2024

**BY ECF AND FAX**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**: The application is granted. Defendant's sentencing is adjourned to **November 22, 2024 at 3:00 p.m.**

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

Re:  **United States v. Yohely Melendez,**
     **23 Cr. 617 (PGG)**

Date: October 10, 2024

Dear Judge Gardephe:

I write to request that Mr. Melendez's sentencing, which is now scheduled for October 25, be adjourned by approximately 30 days. The reason for this request is that the final presentence investigation report is not yet available, and I will need to review it with Mr. Melendez prior to making our written sentencing submission.

The government has no objection to this request.

Respectfully submitted,

/s/

Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Madison Smyser