# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and*
*Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 6, 2025

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: February 10, 2025

Re:   **United States v. Yohely Melendez,**
      **23 Cr. 617 (PGG)**

Dear Judge Gardephe:

      I write to request that the Court authorize and direct Pretrial Services to return Mr. Melendez's passport and green card to the Federal Defenders of New York so that we may return them to his family or partner. The government has no objection to this request.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Patrick Moroney